■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN YOUNG, III, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant waived any defects that may have existed in the pre-sentence investigation report when he failed to raise an objection to its contents at the time of sentencing *(see, People v Walworth,* 167 AD2d 622, 623). Moreover, defendant has made no showing that County Court relied on any prejudicial information in imposing sentence *(see, People v Redman,* 148 AD2d 966, *lv denied* 74 NY2d 745). Defendant's sentence, the result of a negotiated plea bargain, is not harsh or excessive. (Appeal from Judgment of Steuben County Court, Scudder, J.—Burglary, 1st Degree.) Present— Callahan, J. P., Boomer, Pine, Lawton and Boehm, JJ.